UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DAVID BOWDLER,

      Plaintiff,

v.                                     Case No:  2:13-cv-539-FtM-38CM

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

      Defendant.
_____/

## **ORDER**[1]

This matter comes before the Court on the Plaintiff David Bowdler and Defendant State Farm Mutual Automobile Insurance Company's Joint Notice of Settlement (Doc. #38) filed on June 16, 2014.  As the matter has settled, the Court will administratively close the file and dismiss the case without prejudice.  See M.D. Fla. Local R. 3.08(b).

Accordingly, it is now

**ORDERED:**

(1)    This case is **DISMISSED without prejudice** subject to the right of any party, within thirty (30) days from the date of this Order, **July 17, 2014**, to submit a stipulated form of final judgment or request an extension of time should they so choose, or for any party to move to reopen the case upon a showing of good cause.  See M.D. Local R. 3.08(b).  Once that thirty (30)

---

[1] Disclaimer: Documents filed in CM/ECF may contain hyperlinks to other documents or Web sites. These hyperlinks are provided only for users' convenience. Users are cautioned that hyperlinked documents in CM/ECF are subject to PACER fees. By allowing hyperlinks to other Web sites, this Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.

day period expires, however, this dismissal shall be deemed **with prejudice** without further order.

(2) The Clerk of the Court is directed to terminate any previously scheduled deadlines and pending motions, and **administratively close** the case pending further Order.

**DONE** and **ORDERED** in Fort Myers, Florida this 17th day of June, 2014.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record